United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 23, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 04-50359
Summary Calendar

SIMON MARTINEZ,

Plaintiff-Appellant,

versus

JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY,

Defendant-Appellee.

Appeal from the United States District Court for
the Western District of Texas
(USDC No. 1:02-CV-584-SS)
_____

Before REAVLEY, WIENER, BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The ALJ's decisions was supported by substantial evidence, and the ALJ used the

proper legal standards to evaluate the evidence. See Brown v. Apfel, 192 F.3d 492, 496

(5th Cir. 1999). The objective medical evidence supports the ALJ's determination that

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be
published and is not precedent except under the limited circumstances set forth in 5TH CIR. R.
47.5.4.

Martinez is capable of performing light work.  Further, Martinez's condition does not wax and wane to the extent that a separate capable-of-maintaining-employment finding was necessary in this case.  See Frank v. Barnhart, 326 F.3d 618 (5th Cir. 2003).

AFFIRMED.